UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE ADABERTO MUTZUTZ SUTUJ, <br> Plaintiff, <br> v. <br> CURRENT OR ACTING FIELD OFFICE DIRECTOR, <br> Defendant. | Case No. 23-cv-05455-RMI <br><br> **ORDER RE: MOTION TO DISMISS** <br> Re: Dkt. No. 9 |

Petitioner filed a Petition for Writ of Habeas Corpus (dkt. 1), through which he requested a bond hearing during the pendency of his immigration removal proceedings. Several weeks later, "Petitioner was legally removed from the United States to Guatemala and his removal from the United States was verified by a DHS official who witnessed the removal." Resp.'s Mot. (dkt. 9) at 4. Deportation after filing a habeas petition does not always moot a petitioner's claim. *See Abdala v. INS*, 488 F.3d 1061, 1063-1064 (9th Cir. 2007). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, however, there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Id*. (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Because the Petition only sought a bail determination pending removal, the government's motion to dismiss the Petition as moot is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 11, 2024

ROBERT M. ILLMAN
United States Magistrate Judge